12-15-00143-CR

May 28, 2015

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN - 1 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Clerk

12th Court of Appeals

1517 W. Front Street, Suite 354

Tyler, Texas 75702

Dear Clerk,

Enclosed please find my Original Petition for Writ of Mandamus and Request to Proceed without cost. Will you please file this with the court and notify me of the date this has been filed and the cause number assigned to this matter?

Thank you for your time and attention. God bless and have a great day.

Shane Cain

Shane Cain #537264

1697 FM 980

huntsville. TX 77343

No. 12-15-00143-CR

IN THE

TWELFTH COURT OF APPEALS

TYLER, TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN - 1 2015
clkm

TYLER TEXAS
CATHY S. LUSK, CLERK



In Re
Shane Cain

REQUEST TO PROCEED WITHOUT COST WITH

DECLARATION OF INABILITY TO PAY COST

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES Shane Cain, Relator in the above styled cause and hereby request for permission to proceed without cost in his Original Petition for Writ of mandamus and further presents his declaration of inability to pay cost, as follows:

I am an inmate in TDCJ and have been for the last 26 years and cannot pay the cost of this petition. I do not earn any money and do not have any income and no income from any spouse. i do not own any property and do not have any cash in any accounts. I do not have any assets and do not have any dependants and no debt and cannot get any loans from prison and declare that I am unable to pay the cost for this writ of mandamus and wish to proceed without cost.

I, Shane Cain, TDCJ No. 537264 declare under penalty of perjury that the foregoing is true and correct on this 28th day of May 2015.

Respectfully submitted on this 28th day of May 2015.

X _Shane Cain_____

Shane Cain #537264
1697 FM 980
Huntsville, TX 77343